FILED
BRADFORD L. BOLTON
CLERK

2002 FEB 22 PM 3:05

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

IN RE: )
NETLIBRARY, INC. ) Case No. 01-26552 DEC
EIN: 84-1466042 )
 ) Chapter 11

**AMENDED APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

COMES NOW the United States Trustee and amends the appointment of the Creditors' Committee in the above-captioned case as follows:

Chairperson

Innovative Interfaces, Inc.
c/o Jerry Kline
5850 Smallwood Way
Emeryville, CA 94618
510-655-6200

Answer Technology, Inc
c/o David L. Forster
17 Wilson Rd.
Windham, New Hampshire 03087
603-890-0493

Houghton Mifflin
c/o Oscar W. Weeks, Esq.
222 Berkley Street
Boston, MA 02116
617-351-5134

Innodata Corporation
c/o Amy R. Agress, Esq.
3 University Plaza
Hackensack, NJ 07601
201-488-1200

Epixtech, Inc.
c/o John F. Harvat, Esq.
400 West 5050 North
Provo, UT 84604
801-223-5716

Dated: February 22, 2002

**Amended to removed Iris Haney, Pacific Data and Christopher Riemer, Endevor 2000, Inc., from Creditors' Committee because of resignation of both party.**

Respectfully submitted,
HOWARD R. TALLMAN
United States Trustee

By: /s/ Leo M. Weiss
Leo M. Weiss     #13021
Attorney, for the U.S. Trustee
721 19th St., Ste 408
Denver, CO 80202
303- 844-5188 Fax: 303-844-5230
E-mail Leo.M.Weiss@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing AMENDED APPOINTMENT OF CREDITORS' COMMITTEE was mailed, postage prepaid, to the following:

Carl Eklund, Esquire
Leboeuf Lamb Greene & MacRae
633 17th Street
Suite 2000
Denver, CO 80202

NetLibrary, Inc.
3080 Center Green Drive
Boulder, CO 80301

Innovative Interfaces, Inc.
c/o Jerry Kline
5850 Smallwood Way
Emeryville, CA 94618

Endevor 2000, Inc.
c/o Christopher Riemer
1582 S. Parker Road
Denver, CO 80231

PacificData Conversion Corp.
c/o Iris L. Haney
345 W. 10th Avenue
Eugene, OR 97401

Epixtech, Inc.
c/o John F. Harvat, Esq.
400 West 5050 North
Provo, UT 84604

Answer Technology, Inc
c/o David L. Forster
17 Wilson Rd.
Windham, New Hampshire 03087

Houghton Mifflin
c/o Oscar W. Weeks, Esq.
222 Berkley Street
Boston, MA 02116

Innodata Corporation
c/o Amy R. Agress, Esq.
3 University Plaza
Hackensack, NJ 07601

James Markus, Esquire
Block Markus Williams LLC
1700 Lincoln Street, Ste 3550
Denver, CO 80203

Dated:  February 22, 2002

*Cora L. Bogans* (signature)
Cora L. Bogans, Legal Clerk
Office of the U.S. Trustee